FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

00 FEB 16 AM 9:08

___Jacksonville___ Division

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

### CIVIL RIGHTS COMPLAINT FORM

Expedite Complaint

MASTER MATTHEW LEO PRISON,
MADAME MRS. MARIA MESACOMEO,
Branda Whitehead, Teresa Dowling,
Beverly Tarvaus, Daine Mosley

(Enter full name of each Plaintiff and prison number, if applicable.)

v.

Case Number: 3:00-CV-178-J-21B
(To be supplied by Clerk's Office)

James V. Crosby Warden,
Rebecca Williams
Thomas Bigham
Stephen W. Zabawa   In they on Capacity.

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right.)

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. **PLACE OF PRESENT CONFINEMENT:** F S P
(Indicate the name and location)
Post Office Box 0181-205 Starke, Fla 32091

II. **DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS?** Yes (✓) No ( )

If your answer is YES, after reviewing the exhaustion requirements, answer the following questions.

**EXHAUSTION OF ADMINISTRATIVE REMEDIES:** Pursuant to the Prison Litigation Reform Act of 1995, Title VIII, Section 803, Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies

1

①

is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievances

Inmates are not required to utilize the Informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A. Emergency Grievance, Grievance of Reprisal, Grievance of a Sensitive Nature, Grievance Alleging Violation of the Americans with Disabilities Act, Medical Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

   1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No ( )

   2. If so, you must attach a copy of the grievance and response to this Complaint form.

   3. Were you denied emergency status? Yes ( ) No ( )

       a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No ( )

  b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

 B. <u>Informal Grievance</u> (Request for Interview)

  1. Did you submit an informal grievance (Form DC3-005)? Yes (✓) No ( )

  2. If so, you must attach a copy of the grievance and response to this Complaint form. Still Pending In Warden Office

 C. <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

  1. Did you have a disciplinary hearing regarding this matter? Yes ( ) No ( )

  2. If so, you must attach a copy of the disciplinary report worksheet and disciplinary committee's findings and decision to this Complaint form.

  3. Did you submit a formal grievance (Form DC1-303)? Yes ( ) No ( )

  4. If so, you must attach a copy of the grievance and response to this Complaint form.

 D. <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

  1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No ( )

  2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this _____ day of _____, 19 _____.

_____
Signature of Plaintiff

*Not Applicable*

III. **DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?** Yes ( ) No ( )

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes ( ) No ( )

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes ( ) No ( )

C. If your answer is YES:

1. What steps did you take? _____
_____

2. What were the results? _____
_____

3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D. If your answer is NO, explain: _____
_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this _____ day of _____, 19 _____.

_____
Signature of Plaintiff

IV. **PREVIOUS LAWSUITS:**

A. Have you initiated other lawsuits in <u>state</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No ( )

B. Have you initiated other lawsuits in <u>federal</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No ( )

C. If your answer to either A or B is YES, describe each lawsuit in the space provided. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper using the same format.

   1. Parties to previous lawsuit:

      Plaintiff(s): _____

      _____

      Defendant(s): _____

      _____

   2. Court (if federal court, name the district; if state court, name the county):

      _____

      _____

   3. Docket Number: _____

   4. Name of judge: _____

   5. Briefly describe the facts and basis of the lawsuit: _____

      _____

      _____

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

      _____

DC 225 (Rev. 1/97)                5

7. Approximate filing date: _____

8. Approximate disposition date: _____

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify these suits below by providing the case number, the style, and the disposition of each case:

98-497-84-968-88-265-88-312-88-847-91-519-91-600
91-920-92-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-94-716-96-113-98-269-497-98535
9855-98-623-98-700-98782-98-837-98-859-98-277-98-
1030-98-85-99-59-99-1085-99-1182

V. **PARTIES:** In part A of this section, indicate your <u>full name</u> in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: Master Matthew Leo Faison

Mailing address: Post Office Box 081 Starke, FL 32091 County of Bradford

B. Additional Plaintiffs: ET AL.

In part C of this section, indicate the <u>full name</u> of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: James V. Crosby
Mailing Address: Post Office Box 0181 Starke, Fla 32091
Position: Warden
Employed at: FSP

D. Defendant: Rebecca Williams
Mailing Address: 3900 Old Sunbeam Road Jacksonville, Fla 32257
Position: unknown
Employed at: unknown

E. Defendant: Thomas Bigham
Mailing Address: Post Office Box 0181-205 Starke, Fla 32091
Position: Classification Specialist
Employed at: FSP

F. Defendant: Stephen W. Zabawa
Mailing Address: Post Office Box 0181-205 Starke, Fla 32091
Position: Correctional Probation Senior Officer
Employed at: FSP

DC 225 (Rev. 1/97)

7

G. Defendant: _____

Mailing Address: _____

_____

Position: _____

Employed at: _____

VI. **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Complaint form.

On And about December 15, 1998 And every Seven Days After, The Plaintiffs that Doing Time At FSp., housed In Cell 132$ Bravo-Wing. Is Experiencing Vulgar Infamous Cell Search By the Doc's Without A Cause. Which Violated the 1st, 8th, 5th, 14th, 13th United States Const. Amendments.

VII. **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. Do not make any legal arguments or cite any cases or statutes. State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

First of All. This Is A Embezzlement Complaint, Concerning Monies And Property.

**Statement of Facts, continued:**

On the 1st day of November 1995 the said Defendant, Rebecca Williams, Fraud A Check, through Pension Funds of Master Matthew Faison, Maria McJancameo, Branda Whitehead, Teresa Dowling, Beverly Toreyiaus, and Diane Mosley Insurance Bank Coverage.

Pended to this Complaint is a Receipt that shows. That a Sum of Money was withdrawn from my Account Bank Insurance Coverage, from the Doc's that do not Reveal How Much. Cited as Exhibit [B]. See, letter wrote to Rebecca Williams, Concerns Mail Check Fraud, Exhibit [A]. Exhibit [C]; Respond from Branda WhiteHead, Exhibit [D]. Tetler Memo from One of the Defendants; Stephen Zabawa.

Further, the Warden Comes Involve through Having His Employees, Continuing Entering the Plaintiff Housing Cell. Moreover the [Language pursuant to Restraining Violations]. Procedure Reads.

    The Several district Courts of the U.S. are Invested with Jurisdiction to Prevent

# MEMORANDUM OF LAW

Blue Shield v. McCready, 102 S.Ct. 2540 (1982)

Sundance v. Community First Fed Sav & Loan, 840 F.2d 653 (9th Cir. 1988)

## Federal Statutes

Title 15 USC § Section 25 Restraining Violations procedure.

## Federal Rules of Civil Procedure

See; F.R.Civ.P. 64;

January 23, 2K
Master Matthew Faison
Post Office Box 181
Starke, Fla. 32091

EXHIBIT [A]!

Madam Rebecca Williams
3900 Old Sunbeam
Road Jacksonville Fla.
32257

"EXCUSE ME"

At this givenin Moment you don't know of me, by the same token you might know me. You probabley came in to contact with me at U.C.I union Correctional institution. Or could be another person, then and again. Your name might be Beverly not to mention your last name.

I gather info on you. of Money withdrawn, from my Insurance Pension Coverage Bank Account. on 11/1/95. So this is How I came into contact with your Address, through an Bank Receipt.

**INMATE REQUEST** [Exhibit C]

STATE OF FLORIDA
Department of Corrections
(Instructions on Back)

Mail Number: B1328
Team Number: Four

TO: (Check One)
☐ Superintendent
☐ Asst. Superintendent
☒ Classification
☐ Security
☐ Medical
☐ Dental
☒ Other — Mrs. Branda Whitehead

FROM:
Inmate Name: Matthew Faison L.
D.C. Number: AD38634
Quarters: B1328
Job Assignment: Unassigned
Date: 2/2/2K

## REQUEST

Forthwith

Mrs. Whitehead:

Re: Mr. Zabawa memo dated the 1st of February Y2K. What I need to know Mrs. Whitehead, is for what reason I am ordered to not correspond with the said name posted in Mr. Zabawa memo. The reason I write you because you are the General Classification Specialist. And you can determine or confirm that I may correspond with said person per memo of Mr. Zabawa. Further I'm saying this to say, there might be some type of machine computer error.

All requests will be handled in one of the following ways: 1) Written information or 2) Personal interview. All informal grievances will be responded to in writing.

---
DO NOT WRITE BELOW THIS LINE
---

**RESPONSE**   DATE RECEIVED: _____

Because the person Whitted was very plain that she did not want any correspondence from you. She sent out copies to everyone expressing her desire to not hear from you.

[The following pertains to informal grievances only:

Based on the above information your grievance is _____. (Returned, Denied, or Approved).
If your informal grievance is denied you have the right to submit a formal grievance in accordance with Chapter 33-29.006, F.A.C.]

Official (Signature): _____   Date: 2-3-2000

Distribution:   WHITE..........Returned to Inmate
                CANARY.......Returned to Inmate
                PINK.......Retained by Official Responding or, if the response is to an informal grievances then forward to be placed in inmate's file.

DC3-005 (9-98)



Exhibit (D)

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

# FLORIDA STATE PRISON

| | |
|---|---|
| **MEMO TO:** | Faison, Mathew – DC#038634 |
| **FROM:** | S. W. Zabawa, CPSO |
| **DATE:** | February 1, 2000 |
| **SUBJECT:** | Written Correspondence |

You are being ordered to not correspond with Mrs. Rebecca J. Williams. Failure to adhere to this order can result in a Disciplinary Report.

Stephen W. Zabawa
Correctional Probation Senior Officer

SWZ:bd

cc: Inmate file